# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

DEBORAH A. DIFRANCESCO,

    Defendant(s).

2:13-CR-89 JCM (GWF)

## ORDER

Presently before the court is defendant Deborah DiFrancesco's motion to join (Doc. # 29) the United States of America's response to Stake Center Locating, Inc.'s renewed motion for relief (Doc. # 28).

Good cause being shown, the motion is granted.

IT IS SO ORDERED.

DATED September 5, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**